H. Grant Law (SBN: 144505)
hlaw@shb.com
Amir Nassihi (SBN: 235936)
anassihi@shb.com
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone: 415.544.1900
Facsimile: 415.391.0281

Attorneys for Defendant
FORD MOTOR COMPANY

**FILED**

2007 DEC -7 P 1:03

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

ADR

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICIA ESCALANTE PEREZ,

    Plaintiff,

vs.

FORD MOTOR COMPANY; and Does 1 through 100, inclusive,

    Defendants

Case No. C07 06207 PVT

NOTICE OF REMOVAL OF ACTION BY DEFENDANT FORD MOTOR COMPANY UNDER 28 U.S.C. §§ 1441, 1446 AND 1332 (DIVERSITY) AND REQUEST FOR JURY TRIAL

Complaint filed: October 15, 2007

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

**PLEASE TAKE NOTICE** that Defendant FORD MOTOR COMPANY ("Removing Defendant") hereby removes to this Court the action described below.

    1.    On October 15, 2007, the Complaint was filed in Santa Cruz County Superior Court, in the action entitled *Patricia Escalante Perez vs. Ford Motor Company, and Does 1 through 100, inclusive*, Case No. CV158374. A copy of the Complaint is attached as Exhibit A.

- 1 -

133152v1

NOTICE TO U.S.D.C.
OF REMOVAL OF ACTION
CASE NO. _____

2.    On November 9, 2007, CT Corporation received a copy of the Complaint and Summons. On November 13, 2007 Ford Motor Company received a copy of the Complaint.

3.    Pursuant to 28 U.S.C. section 1446, subdivision (b), this Notice of Removal is timely filed within thirty (30) days of Defendant Ford Motor Company's receipt of notice of Plaintiff's summons and Complaint.

4.    This action may be removed to this Court pursuant to 28 U.S.C. section 1441(b) because this Court has original jurisdiction over this action pursuant to 28 U.S.C. section 1332(a). The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and Plaintiff and Defendant are citizens of different states.

5.    According to Plaintiff's complaint, Plaintiff suffered catastrophic injures causing permanent damage to Plaintiff's lower extremities. Plaintiff seeks general damages, damages for loss of earnings and earning capacity, past, present and future, medical and incidental expenses, incidental and consequential expenses incurred, interest and/or pre-judgment interest on all damages sought and/or incurred, and costs of suit. (Complaint, Prayer, pp. 4-5.) The totality of the damages establishes that the amount in controversy meets the jurisdictional requirement.

6.    Removing Defendant is informed and believes that Plaintiff Patricia Escalante Perez is and was at the time of filing of the Complaint a citizen of California.

7.    Removing Defendant is now, and was at the time of the filing of the Complaint, a Delaware corporation with its principal place of business in Dearborn, Michigan.

8.    Removing Defendant reserves the right to amend or supplement this Notice of Removal.

9.    A complete copy of all process, pleadings, and orders sent to Ford Motor Company in this action is attached as Exhibit B. *See* 28 U.S.C. § 1446(a).

10.    No further proceedings involving Ford Motor Company have occurred in the Santa Cruz County Superior Court in this action as of the date of the filing of this Notice of Removal.

11.    Removing Defendant has answered the Complaint in state court.

12. This action was pending in Santa Cruz County Superior Court, requiring an initial intradistrict assignment to the San Jose Division.

13. Pursuant to 28 U.S.C. section 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Superior Court of the State of California, County of Santa Cruz.

14. Pursuant to 28 U.S.C. section 1446(d), Removing Defendant is providing written notice of removal to Plaintiff.

15. Removing Defendant requests a trial by jury on all issues so triable.

WHEREFORE, Defendant removes this action now pending against it in the Superior Court of the State of California, County of Santa Cruz, to this Honorable Court.

Dated: December 7, 2007

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: _____
H. GRANT LAW
AMIR NASSIHI

Attorneys for Defendant
FORD MOTOR COMPANY

133152v1

- 3 -

NOTICE TO U.S.D.C.
OF REMOVAL OF ACTION
CASE NO. _____