```
 1  H. Grant Law (SBN: 144505)
    hlaw@shb.com
 2  Amir Nassihi (SBN: 235936)
    anassihi@shb.com
 3  SHOOK, HARDY & BACON L.L.P.   E-FILING
    333 Bush Street, Suite 600
 4  San Francisco, California  94104-2828
    Telephone:   415.544.1900
 5  Facsimile:   415.391.0281

 6  Attorneys for Defendant
    FORD MOTOR COMPANY
 7
```

FILED

2007 DEC -7 P 1: 03

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ESCALANTE PEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY; and Does 1 through 100, inclusive,<br><br>Defendants | Case No. C07-06207 PVT<br><br>**DEFENDANT FORD MOTOR COMPANY'S NOTICE TO PLAINTIFF OF FILING OF NOTICE OF REMOVAL IN FEDERAL COURT**<br><br>Complaint filed: October 15, 2007 |

- 1 -

133177v1

NOTICE TO PLAINTIFF
OF REMOVAL
CASE NO. _____

1  **TO PLAINTIFF:**

2  **PLEASE TAKE NOTICE** that on December 7, 2007, Defendant FORD MOTOR
3  COMPANY filed a Notice of Removal of this action in the Office of the Clerk of the United
4  States District Court for the Northern District of California. A copy of the Notice of Removal is
5  attached hereto as Exhibit A.

6

7  Dated: December 7, 2007                           Respectfully submitted,
8
                                                     SHOOK, HARDY & BACON L.L.P.
9
10                                                   By: _____
11                                                   H. GRANT LAW
                                                     AMIR NASSIHI
12
13                                                   Attorneys for Defendant
                                                     FORD MOTOR COMPANY