H. Grant Law (SBN: 144505)
hlaw@shb.com
Amir Nassihi (SBN: 235936)
anassihi@shb.com
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:    415.544.1900
Facsimile:    415.391.0281

Attorneys for Defendant
FORD MOTOR COMPANY

FILED

2007 DEC -7 P 1: 04

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ESCALANTE PEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY; and Does 1 through 100, inclusive,<br><br>Defendants | Case No. C07-06207 PVT<br><br>FORD MOTOR COMPANY'S DISCLOSURE STATEMENT FILED PURSUANT TO FED. R. CIV. P. 7.1(a)<br><br>Complaint filed: October 15, 2007 |

- 1 -

DISCLOSURE STATEMENT
FILED PURSUANT
TO FED. R. CIV. P. 7.1(A)
CASE NO.

133179v1

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Ford Motor Company states that Ford Motor Company is and has always been a wholly-owned corporation since its date of incorporation in the State of Delaware on July 9, 1919. Based on currently available information, no publicly-held company or investment fund holds a 10% or greater ownership in Ford Motor Company.

Dated: December 7, 2007

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: _____
H. GRANT LAW
AMIR NASSIHI

Attorneys for Defendant
FORD MOTOR COMPANY

- 2 -

DISCLOSURE STATEMENT
FILED PURSUANT
TO FED. R. CIV. P. 7.1(A)
CASE NO.

133179v1