1  H. Grant Law (SBN: 144505)
   hlaw@shb.com
2  Amir Nassihi (SBN: 235936)
   anassihi@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
4  San Francisco, California  94104-2828
   Telephone:   415.544.1900
5  Facsimile:   415.391.0281

6  Attorneys for Defendant
   FORD MOTOR COMPANY

FILED

2007 DEC -7  P 1:03

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

E-FILING    ADR

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

PATRICIA ESCALANTE PEREZ,

   Plaintiff,

vs.

FORD MOTOR COMPANY; and Does 1 through 100, inclusive,

   Defendants

Case No. C07 06207 PVT

**FORD MOTOR COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (LOCAL RULE 3-16)**

ORIGINAL

133178V1

FORD MOTOR COMPANY'S
CERTIFICATION OF INTERESTED ENTITIES
OR PERSONS (LOCAL RULE 3-16)
CASE NO. _____

1  Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for Defendant Ford Motor Company certifies that other than the listed parties, no other parties have a direct, pecuniary interest in the outcome of this case.

Dated: December 7, 2007

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: _____
H. GRANT LAW
AMIR NASSIHI

Attorneys for Defendant
FORD MOTOR COMPANY

133178V1

- 1 -

FORD MOTOR COMPANY'S
CERTIFICATION OF INTERESTED ENTITIES
OR PERSONS (LOCAL RULE 3-16)
CASE NO. _____