```
 1  H. Grant Law (SBN: 144505)
    hlaw@shb.com
 2  Amir Nassihi (SBN: 235936)
    anassihi@shb.com
 3  SHOOK, HARDY & BACON L.L.P.
    333 Bush Street, Suite 600
 4  San Francisco, California 94104-2828
    Telephone:   415.544.1900
 5  Facsimile:   415.391.0281

 6  Attorneys for Defendant
    FORD MOTOR COMPANY
 7
```

**E-FILING** **ADR**

**FILED**

2007 DEC -7 P 1:04

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ESCALANTE PEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY; and Does 1 through 100, inclusive,<br><br>Defendants | Case No. **C07 06207 PVT**<br><br>**CERTIFICATE OF SERVICE VIA U.S. MAIL** |

### CERTIFICATE OF SERVICE BY U.S. MAIL

I, Carolyn H. Ishihara, am employed in the City and County of San Francisco in the State of California. I am over the age of eighteen years and not a party to the within action. My business address is 333 Bush Street, Suite 600, San Francisco, California 94104-2828.

I am readily familiar with the practice for collection and processing of documents for mailing with the United States Postal Service of the law firm of Shook, Hardy & Bacon LLP, and that practice consists of depositing documents in the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

**ORIGINAL**

On the date shown below, I served the attached:

- **NOTICE OF REMOVAL OF ACTION BY DEFENDANT FORD MOTOR COMPANY UNDER 28 U.S.C. §§ 1441, 1446 AND 1332 (DIVERSITY) AND REQUEST FOR JURY TRIAL ;**

- **CIVIL CASE COVER SHEET;**

- **DEFENDANT FORD MOTOR COMPANY'S NOTICE TO PLAINTIFFS OF FILING OF NOTICE OF REMOVAL IN FEDERAL COURT;**

- **FORD MOTOR COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (LOCAL RULE 3-16); and**

- **FORD MOTOR COMPANY'S DISCLOSURE STATEMENT FILED PURSUANT TO FED. R. CIV. P. 7.1(a).**

on the parties in this action by placing a true copy thereof in sealed envelopes addressed for deposit with the United States Postal Service through the regular mail collection process at the Law Offices of Shook, Hardy & Bacon, L.L.P., for delivery by mail addressed as follows:

William M. Lyons  **ATTORNEYS FOR PLAINTIFF**
Wilcoxen Callahan Montgomery & Deacon
2114 K Street
Sacramento, CA 95816
Telephone: 916-442-2777
Facsimile: 916-442-4118

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 7, 2007, at San Francisco, California

CAROLYN H. ISHIHARA

-2-  CERTIFICATE OF SERVICE
133181v1  CASE NO. _____