1  H. Grant Law (SBN: 144505)
   hlaw@shb.com
2  Amir Nassihi (SBN: 235936)
   anassihi@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
4  San Francisco, California 94104-2828
   Telephone:   415.544.1900
5  Facsimile:   415.391.0281

6  Attorneys for Defendant
   FORD MOTOR COMPANY

FILED

DEC 0 7 2007

[CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICIA ESCALANTE PEREZ,

Plaintiff,

vs.

FORD MOTOR COMPANY; and Does 1 through 100, inclusive,

Defendants

Case No. C07-06207 PVT

NOTICE TO UNITED STATES DISTRICT COURT THAT NOTICE OF REMOVAL OF ACTION HAS BEEN FILED IN STATE COURT

Complaint filed: October 15, 2007

- 1 -

133188v1

NOTICE TO U.S.D.C. THAT NOTICE OF REMOVAL OF ACTION HAS BEEN FILED IN STATE COURT CASE NO.

**TO THE UNITED STATES DISTRICT COURT AND TO PLAINTIFF:**

**PLEASE TAKE NOTICE** that on December 7, 2007, Defendant FORD MOTOR COMPANY filed a Notice in the Superior Court of the State of California for the County of Santa Cruz, informing the Superior Court that Defendants have removed this action from Santa Cruz County Superior Court to the United States District Court for the Northern District of California.

Dated: December 7, 2007

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: _____
H. GRANT LAW
AMIR NASSIHI

Attorneys for Defendant
FORD MOTOR COMPANY

- 2 -

NOTICE TO U.S.D.C. THAT NOTICE OF REMOVAL OF ACTION HAS BEEN FILED IN STATE COURT CASE NO.

133188v1