H. Grant Law (SBN: 144505)
hlaw@shb.com
Amir Nassihi (SBN: 235936)
anassihi@shb.com
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:   415.544.1900
Facsimile:    415.391.0281

Attorneys for Defendant
FORD MOTOR COMPANY

FILED
DEC 07 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ESCALANTE PEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY; and Does 1 through 100, inclusive,<br><br>Defendants | Case No. **C07-06207 PVT**<br><br>**CERTIFICATE OF SERVICE VIA U.S. MAIL** |

## CERTIFICATE OF SERVICE BY U.S. MAIL

I, Carolyn H. Ishihara, am employed in the City and County of San Francisco in the State of California. I am over the age of eighteen years and not a party to the within action. My business address is 333 Bush Street, Suite 600, San Francisco, California 94104-2828.

I am readily familiar with the practice for collection and processing of documents for mailing with the United States Postal Service of the law firm of Shook, Hardy & Bacon LLP, and that practice consists of depositing documents in the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

133190v1

- 1 -

CERTIFICATE OF SERVICE
CASE NO. _____

On the date shown below, I served the attached:

- **NOTICE TO UNITED STATES DISTRICT COURT THAT NOTICE OF REMOVAL OF ACTION HAS BEEN FILED IN STATE COURT**

on the parties in this action by placing a true copy thereof in sealed envelopes addressed for deposit with the United States Postal Service through the regular mail collection process at the Law Offices of Shook, Hardy & Bacon, L.L.P., for delivery by mail addressed as follows:

William M. Lyons
Wilcoxen Callahan Montgomery & Deacon
2114 K Street
Sacramento, CA 95816
Telephone: 916-442-2777
Facsimile: 916-442-4118

**ATTORNEYS FOR PLAINTIFF**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 7, 2007, at San Francisco, California

CAROLYN H. ISHIHARA

133190v1

- 2 -

CERTIFICATE OF SERVICE
CASE NO._____