H. Grant Law (SBN: 144505)
hlaw@shb.com
Amir Nassihi (SBN: 235936)
anassihi@shb.com
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:    415.544.1900
Facsimile:    415.391.0281

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ESCALANTE PEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY; and Does 1 through 100, inclusive,<br><br>Defendants | Case No. C07-06207 PVT<br><br>**CERTIFICATE OF SERVICE VIA U.S. MAIL** |

## <u>CERTIFICATE OF SERVICE BY U.S. MAIL</u>

I, Sharon L. Teater, am employed in the City and County of San Francisco in the State of California. I am over the age of eighteen years and not a party to the within action. My business address is 333 Bush Street, Suite 600, San Francisco, California 94104-2828.

I am readily familiar with the practice for collection and processing of documents for mailing with the United States Postal Service of the law firm of Shook, Hardy & Bacon LLP, and that practice consists of depositing documents in the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

1    On the date shown below, I served the attached:

2    •   **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

3

4    on the parties in this action by placing a true copy thereof in sealed envelopes addressed for

5    deposit with the United States Postal Service through the regular mail collection process at the

6    Law Offices of Shook, Hardy & Bacon, L.L.P., for delivery by mail addressed as follows:

7    William M. Lyons                                          **ATTORNEYS FOR PLAINTIFF**
     Wilcoxen Callahan Montgomery & Deacon
8    2114 K Street
9    Sacramento, CA 95816
     Telephone:  916-442-2777
10   Facsimile:  916-442-4118

11

12

13   I declare under penalty of perjury under the laws of the State of California that the

14   foregoing is true and correct.

15   Executed on December 14, 2007, at San Francisco, California

16                                                   _Sharon L Teater_

17                                                   SHARON L. TEATER

18

19

20

21

22

23

24

25

26

27

28

133181v1

CERTIFICATE OF SERVICE
CASE NOC07-06207-PVT