```
H. Grant Law (SBN: 144505)
hlaw@shb.com
Amir Nassihi (SBN: 235936)
anassihi@shb.com
SHOOK, HARDY & bacon l.l.p.
333 Bush Street, Suite 600
San Francisco, CA 94104
Telephone:  (415)544-1900
Facsimile:  (415)391-0281
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patricia Escalante Perez<br><br>Plaintiff(s),<br><br>v.<br><br>Ford Motor Company, et al.<br><br>Defendant(s). | No. C 07-06207 PVT<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: February 21, 2008             Signature _____

Counsel for Defendant Ford Motor Co.
(Plaintiff, Defendant, or indicate "pro se")