1  H. Grant Law (SBN: 144505)
   hlaw@shb.com
2  Amir Nassihi (SBN: 235936)
   anassihi@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
4  San Francisco, California  94104-2828
   Telephone:    415.544.1900
5  Facsimile:    415.391.0281

6  Attorneys for Defendant
   FORD MOTOR COMPANY

7

8

9                   UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12  PATRICIA ESCALANTE PEREZ,              Case No. C07-06207 PVT

13          Plaintiff,

14      vs.                                **CERTIFICATE OF SERVICE VIA U.S.**
                                           **MAIL**
15
   FORD MOTOR COMPANY; and Does 1
16  through 100, inclusive,

17          Defendants

18

19

20

21            **CERTIFICATE OF SERVICE BY U.S. MAIL**

22      I, Sharon L. Teater, am employed in the City and County of San Francisco in the State of

23  California.  I am over the age of eighteen years and not a party to the within action.  My business

24  address is 333 Bush Street, Suite 600, San Francisco, California 94104-2828.

25      I am readily familiar with the practice for collection and processing of documents for

26  mailing with the United States Postal Service of the law firm of Shook, Hardy & Bacon LLP,

27  and that practice consists of depositing documents in the United States Postal Service with

28  postage fully prepaid the same day as the day of collection in the ordinary course of business.

1    On the date shown below, I served the attached:

2    • **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
     REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT
3    JUDGE**

4    on the parties in this action by placing a true copy thereof in sealed envelopes addressed for

5    deposit with the United States Postal Service through the regular mail collection process at the

6    Law Offices of Shook, Hardy & Bacon, L.L.P., for delivery by mail addressed as follows:

7

8    William M. Lyons                                    **ATTORNEYS FOR PLAINTIFF**
     Wilcoxen Callahan Montgomery & Deacon
9    2114 K Street
     Sacramento, CA 95816
10   Telephone: 916-442-2777
     Facsimile: 916-442-4118
11

12

13   I declare under penalty of perjury under the laws of the State of California that the

14   foregoing is true and correct.

15   Executed on February 20, 2008, at San Francisco, California

16

17   _Sharon L. Teater_

18   SHARON L. TEATER

19

20

21

22

23

24

25

26

27

28

133612v1                                            CERTIFICATE OF SERVICE
                                                    CASE NOC07-06207-PVT