UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA ESCALENTE PEREZ,<br><br>Plaintiff(s),<br><br>VS.<br><br>FORD MOTOR COMPANY,<br><br>Defendant(s). | C 07-6207 PVT<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

    PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for March 25, 2008 before the Honorable Judge Patricia V. Trumbull has been continued to **March 28, 2008 at 10:30 a.m.,** before the Honorable Judge Jeremy Fogel. Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on or before March 21, 2008.

    If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: 2/25/08                                              RICHARD W. WIEKING,
                                                                       Clerk of Court

                                                                       /s/ Corinne Lew
                                                                       Corinne Lew
                                                                       Courtroom Deputy