UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Patricia Escalate Perez

　　　　　　　　　　　　　　　　　　　　CASE NO. C07-06207 PVT

　　　　　　　Plaintiff(s),

　　　v.

　　　　　　　　　　　　　　　　　　　　NOTICE OF NEED FOR ADR PHONE CONFERENCE

Ford Motor Company; and Does 1 through 100, inclusive

　　　　　　　Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓　　have not yet reached an agreement to an ADR process
　　　request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  March 25, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| William M. Lyons | Perez | 916-442-2777 | blyons@wilcoxenlaw.com |
| H. Grant Law | Ford | 415-544-1900 | hlaw@shb.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated:_____　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

Rev 1.05