1  **WILCOXEN CALLAHAN MONTGOMERY & DEACON**
   WILLIAM M. LYONS, State Bar No.042558
2  2114 K Street
   Sacramento, CA 95816
3  Telephone:   916/442-2777
   Facsimile:   916/442-4118
4  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ESCALANTE PEREZ, | Case No.  C-07-06207 PVT |
| Plaintiff, | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| v. | |
| FORD MOTOR COMPANY; and DOES 1 through 100, inclusive, | |
| Defendants. | |
| _____/ | |

   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  March 17, 2008

                              WILCOXEN CALLAHAN MONTGOMERY & DEACON

                              By _____
                                     WILLIAM M. LYONS
                                     Attorney of Record

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS