# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, March 28, 2008
**Case Number:** CV-07-6207-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**           **PATRICIA PEREZ  V. FORD MOTOR COMPANY**

**PLAINTIFF**                                                      **DEFENDANT**

**Attorneys Present:** William Lyons                        **Attorneys Present:**  Amir Nassihi

---

PROCEEDINGS:

Case management conference held.  Parties are present.  The Court adopts the proposed case schedule.  The parties are referred to private mediation, to be completed by 9/26/08.  Continued to 9/26/08 at 10:30 a.m. for further case management conference.