1 | H. Grant Law (SBN: 144505)
hlaw@shb.com
2 | Amir Nassihi (SBN: 235936)
anassihi@shb.com
3 | Mia Solvesson (SBN: 246291)
msolvesson@shb.com
4 | SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
5 | San Francisco, California  94104-2828
Telephone:    415.544.1900
6 | Facsimile:    415.391.0281

7 | Attorneys for Defendant
FORD MOTOR COMPANY
8 |

9 | William M. Lyons (SBN: 042558)
blyons@wilcoxenlaw.com
10 | WILCOXEN CALLAHAN MONTGOMERY & DEACON
2114 K Street
11 | Sacramento, California 95816
Telephone:    916.442.2777
12 | Facsimile:    916.442.4118

13 | Attorneys for Plaintiff
PATRICIA ESCALANTE PEREZ
14 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PATRICIA ESCALANTE PEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY; and Does 1 through 100, inclusive,<br><br>Defendants. | Case No. 07-06207 JF<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:         September 26, 2008<br>Time:        10:30 a.m.<br>Judge:       Honorable Jeremy Fogel<br>Courtroom:  3<br><br>Complaint filed: October 15, 2007 |
|---|---|

Pursuant to Civil L.R. 16-10(d), the parties have met and conferred, and hereby submit this Joint Case Management Statement.

## FACTUAL BACKGROUND

On October 29, 2005, Plaintiff was the right, front passenger in a 2004 Ford Mustang traveling northbound on S.R. 1 in Watsonville in Santa Cruz County. David Padilla, the driver of the Mustang, was driving in the #1 lane at a high rate of speed and had passed a few cars in the #2 lane. Padilla abruptly changed lanes to the #2 lane, cutting off the vehicle behind him. Then Padilla attempted to pass another vehicle in the #2 lane by moving into the #3 lane. When he abruptly swerved to the right to move into the #3 lane, he lost control. Padilla reportedly braked as he was turning to the right and the Mustang skidded and spun around several times before going off the right shoulder. Upon leaving the right roadway edge, the Mustang went down an embankment and rolled over several times. The Mustang came to rest on its wheels facing in a south-easterly direction at the bottom of the dirt embankment. The passenger door was ripped off during the crash sequence. Witnesses saw Plaintiff hanging out of the right side of the Mustang after it came to rest. According to Plaintiff's complaint, Plaintiff's lower body protruded from the Mustang and made contact with the dirt field where Mustang landed.

Plaintiff alleges she has sustained grievous crushing injuries to her legs as a result of the accident and has had numerous surgeries. Plaintiff also claims she has had an infection since the accident and may have to have her right leg amputated.

The complaint was filed on October 15, 2007 in Santa Cruz County Superior Court. Plaintiff is seeking general damages, loss of income, and medical, incidental, and consequential expenses, pre-judgment interest, and costs. This action was properly removed to this Court on December 7, 2007 on the basis of diversity jurisdiction. The Initial Case Management Conference occurred on March 28, 2008. At that time, the Court adopted the parties' proposed case schedule.

///
///
///
///
///

## CASE STATUS

**1. CHANGES AND/OR PROGRESS SINCE THE INITIAL CASE MANAGEMENT CONFERENCE**

    **A.    Actions/Events That Have Occurred**

- The parties have commenced the discovery process.
- The parties exchanged initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) by the March 21, 2008 deadline.
- The depositions of witnesses Clay Leonard and John Adams occurred on May 28, 2008.
- The deposition of the driver of the subject vehicle, David Padilla, occurred on June 13, 2008.
- The first portion of Plaintiff's deposition occurred on August 6, 2008. The deposition has not concluded yet.
- The non-destructive vehicle inspection occurred on August 26, 2008 where the vehicle is currently being stored, at Rincon Towing, 2545 Albatross Way, Sacramento, CA 95815.
- Defendant provided to Plaintiff a proposed stipulated protective order regarding Defendant's confidential documents. Plaintiff recently agreed to the terms of Defendant's proposed stipulated protective order. The stipulated protective order will be submitted to the Court shortly.
- Private mediation has been scheduled for September 25, 2008.

    **B.    New Developments Regarding Evidence Preservation**

As a result of the August 26, 2008 vehicle inspection, Defendant has learned that the passenger-side door is missing and has not been preserved. Defendant's experts are currently evaluating whether the vehicle's spoliation will prevent the parties from being able to determine the cause of the passenger door allegedly opening during the crash.

**2.    STATUS OF ADR**

Private mediation is scheduled to occur on September 25, 2008 at JAMS before Judge

1  William Martin (Ret.).

**3. PROPOSALS FOR THE CASE DEVELOPMENT PROCESS**

The parties still believe that adherence to the previously proposed case schedule, that was adopted by this Court at the March 28, 2008 Initial Case Management Conference, is appropriate. The parties may have reason to propose changes to the case schedule depending on the outcome of and/or developments that occur at the September 25, 2008 mediation, and will inform the Court of any such proposals at the September 26, 2008 Case Management Conference.

The current case schedule is as follows:

**A.** **Non-Expert Discovery Cut-Off:**    November 21, 2008

**B.** **Expert Disclosures**

    1. **Plaintiff's Disclosure of Expert Witnesses and Reports:** December 15, 2008

    2. **Defendant's Disclosure of Expert Witnesses and Reports:** January 15, 2009

    3. **Rebuttal reports:** January 22, 2009

**C.** **Expert Witness Discovery Cut-Off:** February 20, 2009

**D.** **Proposed Changes in Limits On Discovery:**

    1. Fed. R. Civ. P. 26(b): None.

    2. Fed. R. Civ. P. 30(a)(2)(A): Given the nature of the present case and the number of parties, the parties waive the 10 deposition limit set forth in Fed. R. Civ. P. 30(a)(2)(A) and request 15 depositions per party, not including expert deposition.

    3. Fed. R. Civ. P. 30(a)(2)(B): None.

    4. Fed. R. Civ. P. 30(a)(2)(C): None.

    5. Fed. R. Civ. P. 30(d)(2): None anticipated.

    6. Fed. R. Civ. P. 33(a): None.

**E.** **Non-Dispositive and Dispositive Pretrial Motions:** April 13, 2009

  **F.**  **Final Pretrial Conference:** May 4, 2009

  **G.**  **Trial:** May 18, 2009.

Dated: September 12, 2008      Respectfully submitted,

                 SHOOK, HARDY & BACON L.L.P.

                 By:   /s/ Mia O. Solvesson
                    H. GRANT LAW
                    AMIR NASSIHI
                    MIA O. SOLVESSON

                    Attorneys for Defendant
                    FORD MOTOR COMPANY

Dated: September 12, 2008      Respectfully submitted,

                 WILCOXEN CALLAHAN MONTGOMERY & DEACON

                 By:   /s/ William M. Lyons
                    WILLIAM M. LYONS

                    Attorneys for Plaintiff
                    PATRICIA ESCALANTE PEREZ