H. Grant Law (SBN: 144505)
hlaw@shb.com
Amir Nassihi (SBN: 235936)
anassihi@shb.com
Mia Solvesson (SBN: 246291)
msolvesson@shb.com
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California  94104-2828
Telephone:    415.544.1900
Facsimile:    415.391.0281

**E-Filed 9/26/08**

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ESCALANTE PEREZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>FORD MOTOR COMPANY; and Does 1 through 100, inclusive,<br><br>    Defendants. | Case No. 07-06207 JF<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br><br>Complaint filed: October 15, 2007 |

On September 25, 2008, Plaintiff Patricia Escalante Perez and Defendant Ford Motor Company engaged in mediation and were able to reach a confidential settlement of the above-entitled action.

THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff Patricia Escalante Perez and Defendant Ford Motor Company, through their respective attorneys of record, as follows:

The parties agree to continue the September 26, 2008 case management conference for 60 days, to a date that is subject to the Court's availability.

1

Dated:  September 26, 2008 

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By:   /s/  Mia O. Solvesson
    H. GRANT LAW
    AMIR NASSIHI
    MIA O. SOLVESSON

Attorneys for Defendant
FORD MOTOR COMPANY

Dated:  September 26, 2008

Respectfully submitted,

WILCOXEN CALLAHAN MONTGOMERY & DEACON

By:   /s/  William M. Lyons
    WILLIAM M. LYONS

Attorneys for Plaintiff
PATRICIA ESCALANTE PEREZ

**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Pursuant to the foregoing Stipulation, and good cause appearing therefore, the September 26, 2008 case management conference is hereby continued for 60 days to December 5, 2008.

IT IS SO ORDERED:

Dated:  September 26, 2008

_____
HON. JEREMY FOGEL